*In re* José A. De la Texera Barnes y José G. Marrero Luna.

*Número:* CP-1995-15          *Resuelto:* 28 de octubre de 2005

## RESOLUCIÓN

Examinada la "Moción solicitando reinstalación", se ordena a la Oficina de Inspección de Notarías que entregue el sello y la obra notarial al Lic. José A. De la Texera Barnes.

*Notifíquese por telefax y por la vía ordinaria.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Hernández Denton no intervino.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*